IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HASSEL, et al.

      Plaintiffs,                No. CIV S-10-0191 GEB KJM P

   vs.

D.K. SISTO, et al.

      Defendants.          ORDER

/

       Plaintiffs are state prisoners proceeding through counsel with an action under 42 U.S.C. § 1983. The court held a status and scheduling conference in this matter on October 13, 2010. Counsel for defendants informed the court that he intends to file a motion to dismiss no later than October 15, 2010. The parties have stipulated that the motion should be heard November 17, 2010. The court will set a briefing schedule accordingly.

       Therefore, IT IS HEREBY ORDERED that:

       1. Defendants' motion to dismiss is due no later than October 15, 2010.

       2. Plaintiffs' opposition is due no later than October 29, 2010.

       3. Defendants' reply, if any, is due no later than November 5, 2010.

       4. The motion is set to be heard at 10:00 a.m. on November 17, 2010, in courtroom # 26 before the undersigned.

DATED: October 15, 2010.

_____
U.S. MAGISTRATE JUDGE

4 hass0191.ord