IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID HASSELL, et al.

       Plaintiffs,                No. CIV S-10-0191 GEB CMK (TEMP) P

  vs.

D.K. SISTO, et al.

       Defendants.         <u>ORDER</u>

/

       The hearing on defendants' motion to dismiss, currently set for Thursday, February 10, 2011, before Magistrate Judge Craig M. Kellison, is hereby rescheduled for Tuesday, April 12, 2011, at 10:00 a.m., in Courtroom 25 of the Robert T. Mastui Federal Courthouse, 501 I Street, Sacramento, before Magistrate Judge Kellison.

       IT IS SO ORDERED.

DATED: February 9, 2011

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

hm
hass0191.reschedule

1